UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CALDWELL MANUFACTURING COMPANY
NORTH AMERICA, LLC,

        Plaintiff,

-vs-

AMESBURY GROUP, INC.,

        Defendant.



**STIPULATION TO DISMISS
WITHOUT PREJUDICE**

Civil Action No.
6:16-CV-6084-MAT-MWP

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Caldwell Manufacturing Company North America, LLC and Defendant Amesbury Group, Inc. hereby stipulate to dismiss this action without prejudice, each party to bear its own costs, expenses, and attorney's fees.

Dated: April 4, 2017

HARRIS BEACH PLLC

By: /s/ Neal L. Slifkin
Neal L. Slifkin, Esq.
Laura W. Smalley, Esq.
Steven P. Nonkes, Esq.
Kelly S. Foss, Esq.
99 Garnsey Road
Pittsford, New York 14534
Telephone: 585-419-8800
nslifkin@harrisbeach.com
lsmalley@harrisbeach.com
snonkes@harrisbeach.com
kfoss@harrisbeach.com
*Attorneys for Plaintiff*

BOND, SCHOENECK & KING, PLLC

By: /s/ Sharon M. Porcellio
Sharon M. Porcellio, Esq.
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York 14202
Telephone: 716-416-7044
sporcellio@bsk.com

Peter A. Gergely, Esq.
Ryan J. Fletcher, Esq.
Michael S. Wagner, Esq.
Merchant & Gould P.C.
1801 California Street, Suite 3300
Denver, Colorado 80202
Telephone: 303-357-1670
pgergely@merchantgould.com
rfletcher@merchantgould.com
mwagner@merchantgould.com
*Attorneys for Defendant*

IT IS SO ORDERED:

/s/ Michael A. Telesca
United States District Judge

Date: 4-4-17

1273788.1